IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                      4:04CR00269-01-WRW

ANTONIO BLAND

## AMENDED JUDGMENT & COMMITMENT

The above entitled cause came on for a Hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a Bureau of Prisons facility for a term of 12 months and 1 day. The defendant shall participate in a residential substance abuse treatment program during incarceration. There will be no supervised release to follow incarceration. All other previous conditions imposed remain in full force and effect.

The defendant is remanded into the custody of the U.S. Marshal

IT IS SO ORDERED this 22nd day of February, 2011.


                                                  /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE

ordrevoke.suprelease